Dismissed and Memorandum Opinion filed April 29, 2004









Dismissed and Memorandum Opinion filed April 29, 2004.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-03-01356-CR

____________

 

KENNETH WAYNE
LEWIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District
Court 

Harris County,
Texas

Trial Court Cause No.
736,117

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Memorandum Opinion filed April 29, 2004.

Panel consists of
Justices Yates, Anderson, and Hudson.

Do not publish C Tex.
R. App. P. 47.2(b).